John White, Esq., SB #1741  
WHITE LAW CHARTERED  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Attorneys for Mid-State Services, Inc.

E-filed on October 25, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE

MID-STATE SERVICES, INC.

Debtor.
_____/

BK-N-07-51379-gwz  
Chapter 11

NO HEARING REQUIRED

## AFFIDAVIT OF DISINTERESTEDNESS OF PROPOSED ATTORNEY

STATE OF NEVADA      )  
                     ) ss.  
COUNTY OF WASHOE     )

I, John White, hereby make solemn oath, under pain and penalty of perjury:

1. I am a lawyer, duly admitted to practice in the State of Nevada and in this court.

2. I practice law under the firm name of White Law Chartered. The law firm maintains offices for the practice of law at 335 West First St., Reno, NV 89503.

3. The firm has no connection with Mid-State Services, Inc., the above-named debtor, its creditors, or any other party in interest herein, or their respective attorneys or accountants, except that prior to the filing of this Case, the firm rendered legal advice to the debtor in connection with the decision to file the voluntary petition and the preparation of necessary bankruptcy papers.

*Page 1, Affidavit of Disinterestedness of Proposed Attorney*

WHITE LAW CHARTERED  
LAWYERS  
20TH CENTURY BLDG.  
335 W. FIRST STREET  
RENO, NV 89503  

T (775) 322-8000  
F (775) 322-1228

4. The firm represents no interest adverse to Mid-State Services, Inc., as debtor-in-possession herein, or its estate in the matters upon which it is to be engaged.

DATED: October 25, 2007.

                                            JOHN WHITE, ESQ.
                                            Attorney for Debtor

Subscribed and sworn to before me this 25th day of October, 2007.


Notary Public

REGINA O'HARA
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 92-0978-2 - Expires August 14, 2010

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

*Page 2, Affidavit of Disinterestedness of Proposed Attorney*